**Tony L. COBBINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 45621, WD 46922.**

Missouri Court of Appeals, Western District.

June 1, 1993.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and ULRICH, JJ.

**ORDER**

PER CURIAM.

Defendant appeals from conviction of cocaine possession, § 195.202 RSMo Cumm. Supp.1992, and a sentence of five years imprisonment as a persistent offender, and denial of post-conviction relief under Rule 29.15.

The judgment of conviction is affirmed. Rule 30.25(b).

---

---

---

The denial of post-conviction relief is affirmed.   Rule 84.16(b).